# EXHIBIT A



April 8, 2025

U.S. DOGE Service
Eisenhower Executive Office Building
1650 17th St., NW
Washington, D.C. 20006
USDS@omb.eop.gov
admin@doge.eop.gov
James.Burnham@doge.eop.gov

Office of Management and Budget
725 17th Street NW, Suite 9272
Washington, DC 20503
OMBFOIA@omb.eop.gov

**Subject: Freedom of Information Act Request**

Dear FOIA Officer,

On behalf of the Project On Government Oversight (POGO), I make this request for records pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Specifically, POGO requests:

**All email communications from January 20, 2025 through the present** ("present" is defined as the date of the search; email communications includes emails, email attachments, complete email chains, calendar invitations, and calendar invitation attachments) **and text messages** (including complete text message threads or conversations) **or messages on messaging platforms from January 20, 2025 through the present** (such as Signal, Mattermost, Microsoft Teams, Slack, GChat or Google Hangouts, Lync, Skype, X (formerly Twitter) direct messages, Facebook messages, WhatsApp, Telegram, or Parler) **sent or received by any of the Department of Government Efficiency (DOGE) officials listed below and containing any of the key terms listed below**:

| **First Name** | **Last Name** | **Email Address (if known)** |
|---|---|---|
| Justin | Aimonetti | Justin.W.Aimonetti@doge.eop.gov |
| Jacob | Altik | Jacob.R.Altik@doge.eop.gov |
| Anthony | Armstrong | Anthony.J.Armstrong@doge.eop.gov |
| Jennifer | Balajadia | Jennifer.Balajadia@doge.eop.gov |
| Alexandra | Beynon | Alexandra.T.Beynon@doge.eop.gov |
| Riccardo | Biasini | Riccardo.N.Biasini@doge.eop.gov |
| Akash | Bobba | Akash.N.Bobba@doge.eop.gov |

| | | |
|---|---|---|
| Ashley | Boizelle | Ashley.S.Boizelle@doge.eop.gov |
| Emily | Bryant | Emily.L.Bryant@doge.eop.gov |
| James | Burnham | James.Burnham@doge.eop.gov |
| Edward | Coristine | Edward.H.Coristine@doge.eop.gov |
| Steven | Davis | Steven.M.Davis@doge.eop.gov |
| Marko | Elez | Marko.Elez@doge.eop.gov |
| Luke | Farritor | Luke.E.Farritor@doge.eop.gov |
| Joshua | Fox | Joshua.Fox@doge.eop.gov |
| Joshua | Hanley | Joshua.A.Hanley@doge.eop.gov |
| Stephanie | Holmes | Stephanie.M.Holmes2@doge.eop.gov |
| Gautier | Killian | Gautier.C.Killian@doge.eop.gov |
| Keenan | Kmiec | Keenan.D.Kmiec@doge.eop.gov |
| Nicholas | Lahera | Nicholas.Lahera@doge.eop.gov |
| Kendall | Lindemann | Kendall.M.Lindemann@doge.eop.gov |
| Elon | Musk | erm71@who.eop.gov |
| Noah | Peters | Noah.Peters@doge.eop.gov |
| Nikhil | Rajpal | Nikhil.Rajpal@doge.eop.gov |
| Adam | Ramada | Adam.Ramada@doge.eop.gov |
| Austin | Raynor | Austin.L.Raynor@doge.eop.gov |
| Kyle | Schutt | Kyle.L.Schutt@doge.eop.gov |
| Ethan | Shaotran | Ethan.Shaotran@doge.eop.gov |
| Brad | Smith | Brad.M.Smith@doge.eop.gov |
| Christopher | Stanley | Christopher.Stanley@doge.eop.gov |
| Jordan | Wick | Jordan.M.Wick@doge.eop.gov |
| Christopher | Young | Christopher.J.Young@doge.eop.gov |
| Katie | Miller | |
| Amy | Gleason | |

**Please search for the following terms:**

- "artificial intelligence"
- "AI"
- "xAI"
- "X.com"
- "Tesla"
- "SpaceX"
- "Space Exploration Technologies"
- "Boring Company"
- "Neuralink"
- "Grok"
- "ChatGPT"
- "Claude"
- "Artificial General Intelligence"

- "AGI"
- "conflict of interest"
- "Office of Personnel Management"
- "Fork in the Road"

If it is your position that any portion of the requested records is exempt from disclosure, POGO requests that you provide it with an index of those documents, as required under *Vaughn v. Rosen,* 484 F.2d 820 (D.C. Cir. 1973). If some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable non-exempt portions of the requested records. *See* 5 U.S.C. § 552(b). If it is your position that a document contains non-exempt segments, but that those non-exempt segments are so dispersed throughout the document as to make segregation impossible, please state what portion of the document is non-exempt, and how the materials is dispersed throughout the document. *See Mead Data Central v. U.S. Dep't of the Air Force,* 566 F.2d 242, 261 (D.C. Cir. 1977).

**Expedited Processing Request**

I seek expedited processing of this request given the significant public and press interest in the U.S. Department of Government Efficiency ("DOGE"), U.S. DOGE Service ("USDS"), and U.S. DOGE Service Temporary Organization ("USDSTO") (collectively "DOGE"). This interest stems significantly from how Elon Musk's businesses are impacted by federal government operations, and Musk and DOGE's efforts inside the federal government. Thus there are risks of conflicts of interest where Musk and DOGE could impact companies owned by Musk or are associated with other DOGE staffers.

I seek expedited processing under two of the bases provided under the FOIA. <u>*I certify that the statements in this letter as true and correct.*</u>

There is "an urgency to inform the public about an actual or alleged Federal Government activity." Musk and DOGE have, according to numerous press accounts, fed federal data into artificial intelligence (AI) systems for analysis and to look for ways to replace federal workers with AI.[1] Yet Musk is the owner of xAI (which recently acquired another Musk company, X, formerly Twitter), which is an artificial intelligence company. Musk also appeared at a White House event promoting vehicles by his company, Tesla.[2] Musk's SpaceX widely does business with the federal government, including the Defense Department and NASA, and – during his time as a special government employee – Musk publicly advocated that the Federal Aviation Administration turn over a $2.4 billion contract from Verizon to SpaceX.[3]

---

[1] https://www.nbcnews.com/news/amp/rcna193439
https://www.washingtonpost.com/business/2025/02/08/doge-musk-goals/
[2] https://www.whitehouse.gov/gallery/president-trump-views-teslas-with-elon-musk-at-the-white-house/
https://apnews.com/article/trump-musk-tesla-9a43c57a0591a4c7ed8d3f1b2c7ef8d9
[3] https://www.reuters.com/business/aerospace-defense/spacex-ula-expected-clinch-multibillion-dollar-contract-key-pentagon-launch-2025-04-04/
https://www.axios.com/2025/04/07/house-democrats-investigation-elon-musk-nasa-space-x-conflicts
https://www.cnn.com/2025/02/27/business/elon-musk-faa-air-traffic-control-failing-spacex/index.html

The second basis for expedition is that the records requested shed light on "a matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity that affect public confidence." That matter is the potential for conflicts of interest regarding Musk and others involved in DOGE. Beyond Musk, some DOGE staffers such as Riccardo Biasini continue to own stakes in Musk's companies.[4]

I am a journalist at the Project On Government Oversight (POGO), where my reporting is routinely published, as well as in other publications such as Rolling Stone, Politico, The New Republic, TIME magazine, The Daily Beast, The Intercept, Yahoo News, the Washington Post, and Mother Jones magazine. I have won the Society of Professional Journalists D.C. Chapter's top award for reporting on the Justice Department's system for investigating and policing claims of prosecutorial and other DOJ attorney misconduct. I have written and published multiple articles regarding Musk and DOGE to date, including ones that highlight potential ethics issues.[5]

**Fee Waiver Request**

In accordance with 5 U.S.C. § 552(a)(4)(A), POGO requests a waiver of fees associated with processing this request for records. The subject of this request concerns the operations of the federal government, and the disclosures likely will contribute to a better understanding of relevant government procedures by POGO and the general public in a significant way. *See* 5 U.S.C. § 552(a)(4)(A)(iii). Moreover, the request primarily and fundamentally is for non-commercial purposes. *See, e.g., McClellan Ecological v. Carlucci,* 835 F.2d 1282, 1285 (9th Cir. 1987).

There is a public interest in the disclosure of the records sought because the public is interested in the integrity of the government. In sum, POGO is seeking records that can shed light on efforts by Elon Musk and other DOGE staffers to impact government operations that may intersect with their business interests and thus pose potential ethics issues. POGO has no commercial interest in this information. Under these circumstances, POGO fully satisfies the criteria for a fee waiver.

POGO further requests that it not be charged search or review fees for this request pursuant to 5 U.S.C. § 552(a)(4)(A)(ii)(II) because POGO qualifies as a member of the news media. *See Nat'l Sec. Archive v. U.S. Dep't of Defense,* 880 F.2d 1381, 1386 (D.C. Cir. 1989) (holding non-profit a "representative of the news media" and broadly interpreting the term to include "any person or organizations which regularly publishes or disseminates information to the public").

Founded in 1981, POGO is a politically independent, nonprofit watchdog that promotes a government that is accountable to the citizenry. POGO intends to analyze the information responsive to this request and to share its analysis with the public, policymakers, and the media. POGO routinely and systematically disseminates information to thousands of concerned citizens, policymakers, and the media via its web site http://www.pogo.org, which receives approximately 130,000 hits and 80,000 unique visitors monthly. The requester also has a long

---

[4] https://www.pogo.org/investigations/musks-deep-financial-ties-to-top-feds-revealed
[5] https://www.pogo.org/investigations/musks-deep-financial-ties-to-top-feds-revealed
https://www.pogo.org/investigations/elon-musks-doge-teams-raise-vetting-ethics-concerns

track record as a journalist jointly publishing stories both on POGO's website and in other publications directly such as *TIME* magazine, *The Daily Beast*, *The Intercept*, *Rolling Stone*, *Yahoo News*, and *Mother Jones* magazine.[6]

**Conclusion**

If you have any questions about this request or foresee any problems in fully releasing the requested records, **please contact me at nick.schwellenbach@pogo.org and or at 202-375-4441**. Also, if POGO's request for a fee waiver is not granted in full, please contact our office immediately upon making such a determination.

Whenever possible, please produce records in electronic format and send the records electronically. **Please send the requested records to me at nick.schwellenbach@pogo.org and lance.sims@pogo.org. Lance Sims is also empowered to inquire about this request on my behalf.**

Thank you very much for your assistance in this matter.

Sincerely,

Nick Schwellenbach
Project On Government Oversight
403 Allen Dr
Charlottesville, VA 22903
202-375-4441
Nick.schwellenbach@pogo.org

---

[6] https://www.rollingstone.com/author/nick-schwellenbach/
https://newrepublic.com/authors/nick-schwellenbach
https://www.thedailybeast.com/author/nick-schwellenbach/
https://www.pogo.org/about/people/nick-schwellenbach
https://www.motherjones.com/author/nick-schwellenbach/
https://theintercept.com/staff/nick-schwellenbach/