CO-386
10/2018

# United States District Court
# For the District of Columbia

Project On Government Oversight, Inc. )
)
)
)
                vs        Plaintiff )    Civil Action No. 25-1295
)
U.S. DOGE Service )
)
)
                     Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for _Project On Government Oversight, Inc._ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _Project on Government Oversight, Inc._ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_

Signature

298190
BAR IDENTIFICATION NO.

Anne L. Weismann
Print Name

5335 Wisconsin Ave., N.W., Suite 640
Address

Washington, DC      20015
City      State      Zip Code

301-717-6610
Phone Number