UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DOGE SERVICE, <br><br> Defendant. | Civil Action No. 25-1295 (BAH) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendant, the U.S. D.O.G.E. Service, by and through undesigned counsel, respectfully moves for a fifteen-day extension of time to file its answer or otherwise respond to Plaintiff's Complaint (ECF No. 1). The current deadline is July 2, 2025, and the proposed deadline is July 17, 2025. Pursuant to Local Civil Rule 7(m), the parties have met and conferred through counsel and Plaintiff consents to the relief requested herein.

1. On April 28, 2025, Plaintiff filed its Complaint in this action pursuant to the Freedom of Information Act ("FOIA"). ECF No. 1.

2. By Minute Order on May 28, 2025, the Court granted Defendant's first Consent Motion for Extension of Time (ECF No. 9) and directed Defendant to respond to plaintiff's complaint by July 2, 2025.

3. Undersigned counsel has a robust caseload, covered ten cases for a colleague who was on extended leave from early February until June 9, 2025, and is currently taking on transfers from attorneys departing the office. In addition to regularly negotiating joint status reports in other matters, undersigned counsel filed briefs and other large filings on May 23, 2025, May 30, 2025, June 6, 2025, June 11, 2025, June 16, 2025, and June 23, 2025, and currently has briefs and other

substantial filings due on July 3, 2025, July 7, 2025, July 10, 2025, July 14, 2025, and July 18, 2025, among other deadlines, including ongoing discovery in several employment discrimination matters.

4. In light of the foregoing, undersigned counsel requires additional time to review Plaintiff's filing, confer with agency counsel, prepare a responsive pleading, and obtain required supervisory review.

A proposed order is attached.

Dated: June 25, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Sian. Jones*
SIAN JONES, D.C. Bar # 1024062
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2578
Sian.jones@usdoj.gov

*Counsel for Defendant*