UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DOGE SERVICE, <br><br> Defendant. | Civil Action No. 25-1295 (BAH) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion and the entire record herein, it is hereby

ORDERED that Defendant's Consent Motion is granted; and it is further

ORDERED that Defendant shall file its answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) on or before July 17, 2025.

SO ORDERED:

_____       _____
Dated                                                                                  United States District Judge